UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 22, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL ABREGO<br><br>Defendant. | Case No. 2:25-mj-0161 SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LEONEL ABREGO Case No. 2:25-mj-0161 SCR Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $ $50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Released FORTHWITH on conditions.

Issued at Sacramento, California on October 22, 2025 at 3:13 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney